# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2457
_____

SOPHINA WEBB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 22, 2026


PER CURIAM.

AFFIRMED. *See Banks v. State*, 732 So. 2d 1065, 1068 (Fla. 1999) (holding that whether a trial court should impose a departure sentence "is a judgment call within the sound discretion of the court and will be sustained on review absent an abuse of discretion").

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.